IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY TYLER, | ) | 8:08CV307 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JONES, Nebraska State Trooper, and | ) | |
| PRANTZ, Nebraska State Trooper, | ) | |
| | ) | |
| Defendants. | ) | |

    Plaintiff Billy Tyler, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis.  (Filing No. 2.)  Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

    IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

July 29, 2008.                    BY THE COURT:

                                      *S/Richard G. Kopf*
                                      United States District Judge